

# 20-C-810 NOTICE OF STATEMENT OF RELATED CASES

**TO:** FEDERAL COURT, E.D. WIS. CLERK OF COURT

**FROM:** KIMBERLY JOHNSTON, PETITIONER

**SUBJECT:** THE FOLLOWING CASES ARE RELATED, STATE OF WISCONSIN APPELLATE COURT CASE NO. 19-AP2273 AND OUTAGAMIE COUNTY CASE NO. 2010-FA-151.

**DATE:** JUNE 4, 2020

---

The Petitioner is noticing the Federal District Court, Eastern District of Wisconsin that the subject matter cases are related.

*Kim Johnston* 6/4/2020

Kimberly Johnston, Petitioner
N4731 County Rd., U
De Pere, WI 54115